**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 DEC 18  PM 2:55

DEPUTY CLERK_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL DAVIES<br><br>*Plaintiff,*<br><br>v.<br><br>BANK OF AMERICA CORPORATION<br>D/B/A BANK OF AMERICA<br><br>*Defendant.* | 3-20CV3674-D<br><br>Civil Action No. _____.<br><br><br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S SECOND AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, DANIEL DAVIES ("Plaintiff" or "Davies"), by counsel brings this action for violations under the Family and Medical Leave Act of 1993, U.S.C. §2601, *et seq.* (the FMLA") against the Defendant, Bank of America Corporation ("Defendant" or "Bank of America" ) and in support states as follows:

### PARTIES

1. Davies is a citizen of the United States and a citizen and resident of the State of Texas, who resides at 344 Redstone Drive Sunnyvale, TX 75182-3239.

2. Defendant, Bank of America is a Delaware Corporation licensed to do business in the State of Texas. Defendant maintains its offices in Dallas, Texas 75201 and may be served through its registered agent, H.R_____ locate at P.O. Box 661060 Dallas, TX 75266

### JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. § 1331, jurisdiction lies in the United States District Court for the Northern District of Texas, as this action involves a question of the application of federal law, including the Family and Medical Leave Act of 1993 (the "FMLA").

4. Venue for all causes of action stated herein lies in the Northern District of Texas because the Defendant resides in this District and because a substantial part of the events alleged in this Complaint took place within this District.

## FACTUAL BACKGROUND

5. Plaintiff was hired as an Assistant Vice-President and Fiduciary Tax Account on or about 7-2005. Plaintiff was paid a salary of $68,000.00.

6. Throughout Plaintiff's 14 years of service, Plaintiff never received a negative review or disciplinary action regarding his performance.

7. On or about May 29 2020, Plaintiff applied for FMLA to care for his wife who was pregnant expecting their second child.

8. After Plaintiff had submitted his application and received approval for his FMLA which was to begin upon the birth of his second child, Defendant terminated Plaintiff's employment for no apparent reason.

9. Plaintiff had not received any prior warning before being terminated. When Plaintiff asked why he had been terminated, he was informed that deposits had been made into his wife's account by other family members. Plaintiff volunteered to close down the account but was instead terminated.

10. The reason given for Plaintiff's termination – that his wife was receiving deposits into her account – is not worthy of credence. There is no evidence of any impropriety Or any wrongdoing by allowing deposits to be made into Plaintiff's his wife's account.

11. Plaintiff filed for unemployment with the Texas Workforce Commission and received unemployment compensation.

12. Plaintiff looked for work and performed the required work search activities to be eligible for unemployment benefits.

## FIRST COUNT:

## FAMILY AND MEDICAL LEAVE ACT RETALIATION

13. The foregoing paragraphs are incorporated herein as though fully set forth.

14. Plaintiff was an "eligible employee," as that term is defined in 29 USC § 2611(2)(A). He was employed by Defendant for at least 12 months, and had worked at least 1,250 hours during the 12-month period preceding his request for leave.

15. Defendant was a "covered employer," as that term is defined in 29 USCA 2611(4)(A)(I). Defendant was engaged in commerce, and it employed 50 or more employees for each working day during each of 20 or more calendar workweeks in 2018 and 2019.

16. Glenn gave her employer adequate notice of the fact that he needed to take FMLA protected leave, and of the reason why he needed to take FMLA-protected leave.

17. Plaintiff requested and FMLA-protected leave due to his wife's serious health condition i.e. her pregnancy and post-partum health.

18. Defendant interfered with Plaintiff's FMLA rights by terminating him in retaliation for his exercise or attempted exercise of FMLA-protected rights.

19. Plaintiff was terminated shortly after taking protected FMLA leave, and the reason given for his termination – that deposits and withdrawals had been made from his wife's account is not worthy of credence, as set forth in Paragraph 10, above.

20. In addition, Defendant's actions prior to Plaintiff's taking medical leave indicate an impatience and dissatisfaction with the fact that Plaintiff was seeking medical leave.

21. Defendant's violation of the FMLA was willful or in reckless disregard of Plaintiff's s statutory rights. The violation was not in good faith, and Defendant had no reasonable grounds to believe that it was not violating the FMLA.

22. As a result of the wrongful termination, Plaintiff has suffered damages in the form of lost wages and benefits. Plaintiff is entitled to back pay, plus interest on that amount, to compensate him for that damage. 29 USC § 2617(a)(1)(A)(i)-(ii).

23. Plaintiff is also entitled to statutory liquidated damages in an amount equal to the amount awarded as back pay with interest. 29 USC § 2617(a)(1)(A)(iii).

24. Because his damages are ongoing and unlikely to subside in the near future, Plaintiff is also entitled to the equitable remedy of front-pay. 29 USC § 2617(a)(1)(B).

25. Plaintiff has also had to retain the services of an attorney as a result of his wrongful termination, and is entitled to recover the attorneys' fees, witness fees, and court costs he has already incurred and that he will continue to incur as this cause proceeds. 29 USC § 2617(a)(3).

## JURY DEMAND

26. Plaintiff requests a trial by jury.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that he be permitted to try his case to a jury of her peers, and that on final trial, Plaintiff have and recover the relief requested herein.

Respectfully Submitted,

PLAINTIFF,

DANIEL DAVIES

617-642-0611 Telephone

344 Redstone Dr

Sunnyvale, TX 75182

JS 44 (Rev. 10/20) - TXND (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

3-20CV3674-D

(b) County of Residence of First Listed Plaintiff **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **DALLAS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED DEC 18 2020 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
*(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- [x] 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- [x] 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Act of 1993 USC 2601 FMLA**

Brief description of cause:
**Employer Violation under FMLA**

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____